UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY LEE DORTON, | No. C 11-4074 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| Warden TEWES, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 23, 2012

_____
SUSAN ILLSTON
United States District Judge